1 Charles D. Oren, Esq. #103038
Law Offices of Jeffrey Milam
2 P.O. Box 26360
Fresno, California 93729
3 (559) 264-2800

4 Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

| Rebecca Vess, | ) |
|---|---|
| | ) 1:07-CV-00275 OWW DLB |
| Plaintiff, | ) STIPULATION AND ORDER |
| vs. | ) |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be granted a 30 day extension of time, until October 15, 2007, in which to serve Plaintiff's Confidential brief.  All remaining actions under the scheduling order filed, February 21, 2007, shall proceed under the time limit guidelines set therein.  Additional extensions may be granted if all parties stipulate to the same.

/ /

/ /

/ /

/ /

/ /

/ /

1 | Dated:  September 13, 2007        /s/ Charles D. Oren

2 |                                   CHARLES D. OREN,
   |                                   Attorney for Plaintiff.

3 | Dated: September 13, 2007

4 |                                   MCGREGOR SCOTT
   |                                   United States Attorney

5 |                                   By: /s/ Donna M. Montano
6 |                                   (as authorized via facsimile)
   |                                   DONNA M. MONTANO
7 |                                   ASSISTANT REGIONAL COUNSEL

8 |      IT IS SO ORDERED.

9 |      **Dated:   September 17, 2007**           **/s/ Dennis L. Beck**
10|                                            UNITED STATES MAGISTRATE JUDGE