Charles D. Oren, Esq. #103038
Law Offices of Jeffrey Milam
P.O. Box 26360
Fresno, California 93729
(559) 264-2800

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA VESS )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Commissioner of Social )<br>Security, )<br>)<br>Defendant. )<br>_____) | 1:07-CV-275 OWW DLB<br><br>STIPULATION AND ORDER TO DISMISS |

IT IS HEREBY STIPULATED by and between the parties as follows: that the Civil Action filed on February 16, 2007 on behalf of Plaintiff be dismissed. After thorough review of the transcript, Plaintiff's counsel comes to the conclusion this claim lacks merit to continue. Plaintiff's counsel has conferred with Plaintiff and both are in agreement to dismissal.

Dated: December 31, 2007        /s/ Charles D. Oren

                                CHARLES D. OREN, ESQ.
                                Attorney for Plaintiff

Dated: January 3, 2008
                                MCGREGOR SCOTT
                                United States Attorney

                                By: /s/ Donna M. Montano
                                (as authorized via facsimile)
                                DONNA M. MONTANO
                                Assistant Regional Counsel

IT IS SO ORDERED.

Dated: January 3, 2008                    /s/ Oliver W. Wanger
                                      UNITED STATES DISTRICT JUDGE